AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Barron Henderson <br> *Petitioner* <br> v. <br> Warden FCI-Estill <br> *Respondent* | ) <br> ) <br> ) Civil Action No. 6:11-cv-00582-RBH <br> ) <br> ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: The petition is dismissed without prejudice and without requiring Respondent to file an Answer or Return.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable R Bryan Harwell on the record.


Date: April 4, 2011

*CLERK OF COURT*

s/Miranda Brooks, Deputy Clerk
*Signature of Clerk or Deputy Clerk*